No. 88-7499. MARTINEZ-FLORES v. UNITED STATES; and
No. 88-7512. DEERING v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 867 F. 2d 830.

No. 88-7500. FRANK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88-7501. TILLMAN v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 88-7502. PENDLETON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-7504. FORGEY ET UX. v. BACA STATE BANK ET AL. C. A. 10th Cir. Certiorari denied.

No. 88-7505. HANAGAN v. ESTATE OF HANAGAN ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88-7506. HARDIN v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 88-7507. STONER v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88-7508. WADE v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88-7510. BERRYHILL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-7513. PACE v. CITY OF BIRMINGHAM, ALABAMA. Cir. Ct. Ala., Jefferson County. Certiorari denied.

No. 88-7514. HARNAGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88-7515. GEORGE v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88-7516. LACKLAND v. MONTGOMERY WARD DEPARTMENT STORE ET AL. C. A. 9th Cir. Certiorari denied.

No. 88-7517. TRZASKA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.